UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARILYN K. HANKINS,

            **Plaintiff,**

-vs-                                                       Case No. 6:12-cv-997-Orl-28KRS

VALENCIA COLLEGE BOARD OF
TRUSTEES,

            **Defendant.**

___

## ORDER

This case is before the Court on Defendant, Valencia College Board of Trustees' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 44) filed September 12, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objections to the Report and Recommendation (Doc. No. 49), Plaintiff's objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 31, 2014 (Doc. No. 48) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is **GRANTED**.

3. Plaintiff's Second Amended Complaint is **DISMISSED with prejudice**.

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_4\_\_ day of February, 2014.

                                       _____
                                       JOHN ANTOON II
                                       United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party